UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA DIGGINS,
    Plaintiff,

vs.                                         Case No.:   3:20cv5253/LAC/EMT

WILLIAM HALLFORD,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, an inmate of the Escambia County Jail proceeding pro se, commenced this action on March 24, 2020, by filing a civil rights complaint under 42 U.S.C. § 1983 (*see* ECF No. 1). Plaintiff subsequently filed a motion for leave to proceed in forma pauperis (IFP) (ECF No. 4). On May 8, 2020, the court granted Plaintiff's IFP motion and ordered him to pay an initial partial filing fee in the amount of $15.36 within thirty days (ECF No. 5). The court notified Plaintiff that his failure to comply with the court's order may result in a recommendation of dismissal of this case (*id.*).

More than thirty days passed, and Plaintiff had not complied with the court's order. Therefore, on June 18, 2020, this court entered an order requiring Plaintiff to show cause why this case should not be dismissed for his failure to comply with a court order (ECF No. 6). The court set a thirty-day deadline for Plaintiff to

respond to the show cause order (*id.*). And the court notified Plaintiff that his failure to comply would result in a recommendation of dismissal of this case (*id.*).

More than thirty days have passed, and Plaintiff has not responded to the show cause order, nor has he paid the initial partial filing fee.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 27th day of July 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv5253/LAC/EMT