UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA DIGGINS,
    Plaintiff,

vs.                                Case No.:  3:20cv5253/LAC/EMT

WILLIAM HALLFORD,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on July 27, 2020 (ECF No. 7).  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 11th day of September, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**